# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763(91)

HEATHER LYNN HANNAY,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.
_____/

SC: 146763
COA: 307616
Court of Claims: 09-000116-MZ

      On order of the Chief Justice, the motion of defendant-appellant to file a supplemental brief after oral argument is GRANTED. The supplemental brief received on October 17, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



Clerk